UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:21-cv-00147-ODW-(JEMx) | Date | February 12, 2021 |
|---|---|---|---|
| Title | *Gabriel Dorsey v. Lake Avenue Properties, LLC, et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**   **In Chambers**

Pursuant to the Notice of Voluntary Dismissal (ECF No. 14) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                    : 00

Initials of Preparer    SE